1    **MARK W. COLEMAN  #117306**
     **NUTTALL & COLEMAN**
2    2445 CAPITOL STREET, SUITE 150
     FRESNO, CA 93721
3    PHONE (559) 233-2900
     FAX (559) 485-3852
4

5    ATTORNEYS FOR  Defendant,
              HERNAN CORTEZ VILLASENOR
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10                            * * * * * *

11   UNITED STATES OF AMERICA,              Case No.: 1:12-CR-000184-AWI-DLB

12          Plaintiff,
                                            **STIPULATION TO**
13      vs.                                 **CONTINUE STATUS CONFERENCE**
                                            **AND**
14   HERNAN CORTEZ VILLASENOR, et al.,      **O R D E R**

15          Defendants.

16

17       The parties hereto, by and through their respective attorneys, stipulate and agree that the

18   status conference calendared for November 26, 2012, be continued to January 14, 2013 at 1:00 p.m.

19       The reason for this request is that counsel for Defendant, Hernan Cortez Villasenor is

20   unavailable due to the fact that he is scheduled to begin a trial in San Luis Obispo on November 26,

21   2012.

22       The parties also agree that any delay resulting from this continuance shall be excluded in the

23   interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

24   ///

25   ///

26   ///

27   ///

28   ///

It is respectfully submitted that neither the court, nor any party to this proceeding, should be unduly prejudiced by the continuance of the Status Conference for the above-stated purposes.

Dated: November 21, 2012.                    Respectfully Submitted,

                                             NUTTALL & COLEMAN

                                             /s/ MARK W. COLEMAN

                                             _____
                                             MARK W. COLEMAN
                                             Attorney for Defendant,
                                             HERNAN CORTEZ-VILLASENOR

Dated: November 21, 2012.
                                             /s/ MARK BROUGHTON

                                             _____
                                             MARK BROUGHTON
                                             Attorney for Defendant,
                                             ALFONSO CORNEJO

Dated: November 21, 2012.
                                             /s/ DALE BLICKENSTAFF

                                             _____
                                             DALE BLICKENSTAFF
                                             Attorney for Defendant,
                                             DAVID ARREOLA

Dated: November 21, 2012.
                                             /S/ DAVID TORRES

                                             _____
                                             DAVID A TORRES
                                             Attorney for Defendant,
                                             JOSE LUIS GARCIA VILLA

Dated: November 21, 2012.

                                             /s/ KAREN ESCOBAR

                                             _____
                                             KAREN ESCOBAR
                                             Assistant U.S. Attorney

* * * * * * * * * *

# ORDER

IT IS SO ORDERED.

**Dated:** __**November 26, 2012**__          _____**/s/ Dennis L. Beck**_____
                                             UNITED STATES MAGISTRATE JUDGE